**THE LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, Appellant**

v.

**Ralph J. CAPPY; Paul J. Killion; Paul J. Burgoyne; Raymond S. Wierciszewski.**

No. 09–3523.

United States Court of Appeals, Third Circuit.

Submitted Pursuant to Third Circuit L.A.R. 34.1(a) June 21, 2010.

Filed: June 29, 2010.

Paul A. Rossi, Esq., Mountville, PA, for Appellant.

Arlin M. Adams, Esq., Bruce P. Merenstein, Esq., Paul H. Titus, Esq., Schnader Harrison Segal & Lewis, Philadelphia, PA, A. Taylor Williams, Esq., Supreme Court of Pennsylvania Administrative Office of PA Courts, Philadelphia, PA, for Appellee.

Before: SLOVITER, SMITH, and COWEN, Circuit Judges.

### JUDGMENT ORDER

D. BROOKS SMITH, Circuit Judge.

This cause came on to be heard on the record from the United States District Court for the Middle District of Pennsyl-

vania and was submitted on June 21, 2010.[1] On consideration thereof, it is now OR-DERED and ADJUDGED that the judgment of the District Court entered on July 24, 2009, be and the same hereby is AF-FIRMED. Costs taxed against the appellant.

---

1. The District Court had jurisdiction under 28 U.S.C. §§ 1331 and 1343. We exercise appellate jurisdiction under 28 U.S.C. § 1291. We review a District Court's refusal to disqualify itself under § 455(a) for an abuse of discretion. *United States v. Antar*, 53 F.3d 568, 573 (3d Cir.1995). We exercise plenary review over a District Court's determinations of mootness, *Burkey v. Marberry*, 556 F.3d 142, 146 (3d Cir.2009), and lack of standing, *Common Cause of Pennsylvania v. Pennsylvania*, 558 F.3d 249, 257 (3d Cir.2009).